UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH JOHNSON, | Case No. 2:16-cv-00777-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| 2701 DECATUR LLC, et al., | |
| Defendant(s). | |

The docket, pleadings, and subsequent filings in this case include the full name of the minor for whom Keith Johnson is appearing as guardian ad litem. Generally speaking, parties are required to use only a minor's initials rather than his full name in court filings. *See* Fed. R. Civ. P. 5.2(a)(3); Local Rule IC 6-1(a)(2). The Court recognizes that the minor's name is included in the official record of the state court proceedings prior to removal, *see* Docket No. 1, and that the Federal Rules of Civil Procedure provide an exemption from the redaction requirements for the state court record, *see* Fed. R. Civ. P. 5.2(b)(3).[1] As a result, the full name of the minor in this case is already a matter of public record. Nonetheless, the Court finds it in the interest of justice to protect the minor's identity in this case moving forward, in an attempt to minimize his loss of privacy.

---

[1] Moreover, Plaintiff's guardian ad litem has potentially waived the minor's privacy rights. *See* Fed. R. Civ. P. 5.2(h); *see also* Docket No. 8 (Plaintiff's filing including minor's full name).

1  Accordingly, the Court **INSTRUCTS** the Clerk's Office to replace the minor's name on the
2  docket with initials.  The Court further **ORDERS** that, moving forward, counsel shall use the minor's
3  initials on all filings rather than his full name.
4  IT IS SO ORDERED.
5  DATED: September 9, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge