1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KEITH JOHNSON,                                     )          Case No. 2:16-cv-00777-RFB-NJK
                                                                  )
                              Plaintiff(s),       )          ORDER
                                                                  )
vs.                                                            )          (Docket No. 19)
                                                                  )
2701 DECATUR LLC, et al.,                  )
                                                                  )
                              Defendant(s).    )
_____)

       In light of the filing of the stipulation to remand, Docket No. 26, the motion to extend deadlines

in the scheduling order at Docket No. 19 is **DENIED** without prejudice.

       IT IS SO ORDERED.

       DATED: September 22, 2016

                                                    _____
                                                    NANCY J. KOPPE
                                                    United States Magistrate Judge