**KYM SAMUEL CUSHING, ESQ**.
Nevada Bar No. 4242
**VIRGINIA T. TOMOVA, ESQ.**
Nevada Bar No. 12504
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
kym.cushing@wilsonelser.com
virginia.tomova@wilsonelser.com
*Attorneys for Defendants 2701 Decatur, LLC and ConAm Management Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEITH JOHNSON as guardian ad litem for COLE JOHNSON, a minor,<br><br>         Plaintiffs,<br><br>    v.<br><br>2701 DECATUR LLC, a foreign limited-liability company; CONAM MANAGEMENT CORPORATION, a foreign corporation; RANCHO DEL REY APARTMENTS LLC, a domestic limited-liability company; BOUNTIFUL PROPERTIES & INVESTMENTS, INC. d/b/a RANCHO DEL REY APARTMENTS; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive,<br><br>         Defendants. | CASE NO. 2:16-cv-00777-RFB-NJK<br><br><br>**STIPULATION AND ORDER TO REMAND ACTION PURSUANT TO 28 U.S.C. §1447** |

IT IS HEREBY STIPULATED by and between Scott L. Poisson, Esq. and Brian Boyer, Esq., of BERNSTEIN & POISSON, attorney for Plaintiffs, and Kym Samuel Cushing, Esq. and Virginia T. Tomova, Esq. of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, attorneys for Defendants 2701 DECATUR LLC and CONAM MANAGEMENT CORPORATION, that the total value of damages in this action does not exceed this Court's required amount of SEVENTY-FIVE THOUSAND DOLLARS and NO CENTS ($75,000.00) necessary to maintain subject matter jurisdiction in this Court, this case shall be REMANDED to the Eighth Judicial District Court of Clark County, Nevada for all further proceedings.

IT IS FURTHER STIPULATED that Plaintiff WAIVES any right to collectively recover any monies above and beyond SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) in this action against Defendant, resulting from the incident that occurred on or about January 8, 2014.

1048568v.1

Additionally, it is STIPULATED by and between the parties that Plaintiff will respond to the written discovery propounded by Defendant (interrogatories, request for production of documents, and request for admissions) by September 26, 2016.

DATED this 15th day of September, 2016.   DATED this 14th day of September, 2016.

**WILSON, ELSER, MOSKOWITZ,**          **BERNSTEIN & POISSON**
**EDELMAN & DICKER LLP**

BY:  __/s/ Kym Cushing_____          BY:  __/s/ Brian Boyer_____
**KYM SAMUEL CUSHING, ESQ**.              **SCOTT L. POISSON, ESQ.**
Nevada Bar No. 4242                       Nevada Bar No. 10188
**VIRGINIA T. TOMOVA, ESQ.**              **BRIAN M. BOYER, ESQ.**
Nevada Bar No. 12504                      Nevada Bar No. 12185
300 South Fourth Street, 11th Floor       320 S. Jones Blvd.
Las Vegas, NV  89101                      Las Vegas, Nevada 89107
*Attorneys for Defendants 2701 Decatur, LLC and*   *Attorneys for Plaintiff Keith Johnson as*
*ConAm Management Corporation*            *guardian ad litem for Cole Johnson, a minor*

## ORDER

IT IS SO ORDERED.

Dated this __25th__ day of __September_____, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

Prepared and Respectfully Submitted by:

**WILSON, ELSER, MOSKOWITZ, EDELMAN**
 **& DICKER LLP**

BY:  */s/ Kym Cushing*_____
       KYM SAMUEL CUSHING, ESQ.,
       Nevada Bar No. 4242
       VIRGINIA T. TOMOVA, ESQ.,
        Nevada Bar No. 12504
       300 South Fourth Street, 11th Floor
       Las Vegas, Nevada  89101
       *Attorneys for Defendant Costco Wholesale Corporation*

2

1048568v.1